No. 11-5733. Crystal Coates, Petitioner v. Derrick Powell, Individually and in His Official Capacity as Missouri State Highway Patrolman, et al.

565 U.S. 949, 132 S. Ct. 412, 181 L. Ed. 2d 269, 2011 U.S. LEXIS 7262.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 639 F.3d 471.